IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 4 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02692-BNB

ROBERT WAYNE ROBINSON,

      Applicant,

v.

JOHN DAVIS, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER TO SUPPLEMENT PRE-ANSWER RESPONSE

---

Applicant, Robert Wayne Robinson, is in the custody of the Colorado
Department of Corrections and currently is incarcerated at the Buena Vista, Colorado,
correctional complex.  On December 6, 2010, he filed *pro se* an amended Application
for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254.

As part of the preliminary consideration of the amended application pursuant to
28 U.S.C. § 2254 in this case, the Court determined that a limited pre-answer response
was appropriate.  On January 5, 2011, Respondents were directed, pursuant to Rule 4
of the Rules Governing Section 2254 Cases in the United States District Courts and
pursuant to *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008), to file a pre-
answer response limited to addressing the affirmative defenses of timeliness under 28
U.S.C. § 2244(d) and/or exhaustion of state court remedies under 28 U.S.C. §
2254(b)(1)(A).  On January 26, 2010, Respondents submitted their pre-answer
response.  On March 1, 2011, Applicant submitted a reply.

The Court has reviewed the Pre-Answer Response and has determined that a supplement is required.  Respondents allege that on October 25, 2010, Applicant filed an out-of-time petition for certiorari review of the Colorado Court of Appeals' decision in *People v. Robinson*, No. 08CA20007 (Colo. Ct. App. Aug. 5, 2010), which upheld the trial court's denial of his postconviction motion pursuant to Rule 35(c) of the Colorado Rules of Criminal Procedure.  *See* pre-answer response, ex. I (petition for writ of certiorari).  On November 22, 2010, the Colorado Supreme Court accepted the certiorari petition for filing.  *See* id., ex. J (Order of Court).  Respondents allege that petition currently is pending in the Colorado Supreme Court.

Respondents argue that the third, sixth, and eighth claims and part of the ninth claim Mr. Robinson raises here he raised in his appeal from the denial of his post-conviction motion.  Therefore, it appears that Mr. Robinson may have a state court remedy still available to him.  The Court cannot determine definitively the disposition of Applicant's amended application without knowing the status of the pending appeal.  Therefore, Respondents will be directed to file a supplement to the Pre-Answer Response and to provide the requested information as discussed in this order.  Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this order** Respondents shall file a supplement to the pre-answer response that complies with this order.

2

DATED April 4, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  10-cv-02692-BNB

Robert W. Robinson
Doc No. 49082
Buena vista Corr. Complex-Main
P.O. Box 2017
Buena Vista, CO 81211

Wendy J. Ritz, First Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals on April 4, 2011.

GREGORY C. LANGHAM, CLERK


By:_____
                Deputy Clerk