**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-02692-REB

ROBERT WAYNE ROBINSON

       Applicant,

v.

JOHN DAVIS, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

       Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

**Blackburn, Judge**

Applicant filed a Notice of Appeal on July 5, 2011. Applicant is appealing to the United States Court of Appeals for the Tenth Circuit from the Order to Dismiss in Part and for Answer filed on June 17, 2011. No final order has been entered in this action.

Pursuant to 28 U.S.C. § 2253(c)(1)(A), a certificate of appealability is necessary to appeal from the final order in a habeas corpus proceeding pursuant to 28 U.S.C. § 2254. The Court will not issue a certificate of appealability in this action because no final order has been entered. Accordingly, it is

ORDERED that a certificate of appealability will not be issued.

Dated July 7, 2011, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge