**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-02692-REB

ROBERT WAYNE ROBINSON,

    Applicant,

v.

JOHN DAVIS, Warden, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

    Respondents.

## **SUPPLEMENTAL ORDER FOR STATE COURT RECORD**

    On June 8, 2011, this Court issued an Order for State Court Record, directing the Respondents to file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Robinson*, Douglas County District Court Case No. 02CR382, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.

    On July 8, 2011, the Douglas County District Court filed the state court record in this Court, consisting of ten bound volumes containing four pleadings files and six files of hearing and trial transcripts.  However, missing from the state court record is the transcript of proceedings in Applicant's jury trial on September 1, 2004.  The September 1, 2004, proceedings are relevant to claim three asserted in Mr. Robinson's § 2241 Application.  Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the transcript from the September 1, 2004 jury trial proceedings. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Court
Douglas County District Court
Douglas County Courthouse
4000 Justice Way, Ste. 2009
Castle Rock, Colorado 80109;

(2) Assistant Solicitor General
Appellate Division
Office of the Attorney General
1525 Sherman Street
Denver, Colorado 80203; and

(3) Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado 80202.

Dated October 6, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge