FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 04 2012

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 10-cv-02692-REB

ROBERT WAYNE ROBINSON,

    Applicant,

vs.

JOHN DAVIS, Warden, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

On careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated June 1, 2012, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02692 REB

Douglas County Court
Douglas County Justice Center
4000 Justice Way Ste 2009
Castle Rock, CO 80109

Robert Wayne Robinson
# 49082
Buena Vista Correctional Complex-Main & Boot Camp (BVCC)
P.O. Box 2017
Buena Vista, CO 81211

Wendy Jo Ritz - Colorado Attorney General's Office-Department of Law
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  6/4/2012  .


                                             GREGORY C. LANGHAM, CLERK

                                             By: s/ D. Berardi
                                                   Deputy Clerk